UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

NEIL LEVINE,

                           Plaintiff,                  **CIVIL JUDGMENT**

      -against-                            09 Civ. 5227 (BMC)

BARACK BARRY HUSSEIN OBAMA, President;
JOHN CHU, Secretary of Energy; NANCY PELOSI,
Speaker; JOHN DOES One to One Hundred et al.,

                         Defendants.
_____X

Pursuant to the Court's Memorandum and Order issued on January 20, 2010, dismissing this complaint, it is

**ORDERED, ADJUDGED AND DECREED:** That this complaint is hereby dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

                            /Signed by Judge Brian M. Cogan/
                                   U.S.D.J.

Dated:  Brooklyn, New York
        January 21, 2010